```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

**STEPHANIE DRAUGHON,**

    **Petitioner,**

**v.**                                      **CIVIL ACTION NO. 1:04-1066**

**WARDEN DEBORAH HICKEY,**

    **Respondent.**

## JUDGMENT ORDER

In accord with the Memorandum Opinion submitted herewith, the court hereby:

1. **VACATES** the Standing Order (Doc. No. 2) referring this case to the magistrate judge as to this case only;

2. **DISMISSES** petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1); and

3. **DIRECTS** the Clerk to remove this action from the court's active docket and to send a copy of this Judgment Order to all counsel of record and to the petitioner, pro se.

It is **SO ORDERED** this 12th day of July, 2006.

                              ENTER:

                              David A. Faber
                              Chief Judge